# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America** <br> v. <br> Paul Douglas Adams <br> DOB: 1980; United States Citizen | DOCKET NO. <br><br> MAGISTRATE'S CASE NO. <br> 17-01439MJ |

Complaint for violation of Title 18, United States Code, Section 2251(a) and (e)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

From a time unknown until on or about June 20, 2015, in the District of Arizona, the defendant, **Paul Douglas Adams**, employed, used, persuaded, induced, enticed and coerced a minor child to engage in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped and transported in interstate and foreign commerce by any means, and was actually transported in interstate commerce, all in violation of Title 18, United States Code, Section 2251(a) and (e).

**BASIS OF COMPLAINT'S CHARGE AGAINST THE ACCUSED:**

On February 7th, 2017, HSI Douglas received an investigative lead from the Office of the Inspector General (OIG) in relation to a video that had been submitted by INTERPOL to the National Center for Missing and Exploited Children (NCMEC). The video depicts an adult male engaging in a sexual act with a pre-pubescent child. NCMEC was able to perform screen captures of the face of the perpetrator in the video, and submitted the photos to the Diplomatic Security Criminal Intelligence & Research Branch Visa & Passport Analysis Unit (DS/CI) Liaison through the FBI Violent Crimes Against Children (VCAC) task force. DS/CI found several images of the subject with an active passport, and identified the individual as Paul Douglas ADAMS, a resident of Bisbee, Arizona. A DHS Special Agent who knows ADAMS personally from previous interactions was able to positively identify ADAMS as the adult offender in the video.

On February 8th, 2017, a search warrant was executed at ADAMS' residence. Agents located the room and background which are depicted in the video described above. In addition, agents located the clothing worn by the child and the bedding that appears in the video. Agents have also identified the child that appears in the video.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| Detention Requested <br>  Being duly sworn, I declare that the foregoing is <br>  true and correct to the best of my knowledge. <br><br> AUTHORIZED BY: AUSA Erica L. Seger | SIGNATURE OF COMPLAINANT <br> (official title) <br><br> OFFICIAL TITLE <br> SA Robert J. Edwards, HSI |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE <br> February 9, 2017 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54